# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

───────────────────────────

Case No. 5D22-3001
LT Case No. 2017-DR-002946

───────────────────────────

KRYSTLE ODDO,

　　Appellant,

　　v.

CHRISTOPHER ODDO,

　　Appellee.

───────────────────────────

On appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Quoc Van, Sanford, for Appellant.

Christopher Oddo, Longwood, pro se.

December 5, 2023

PER CURIAM.

　　AFFIRMED.

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____